IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02289-AP

Todd E. Lindsey,

    Plaintiff,

v.

Michael J. Astue,
Commissioner of Social Security
    Defendant.

_____

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**
_____

**1. APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

<u>For Plaintiff</u>:

Patrick C.H. Spencer, II
Spencer & Spencer
830 Tenderfoot Hill Road, Suite 320
Colorado Springs, CO 80906
719-632-4808
Patrick@2spencers.com

<u>For Defendant</u>:

John F. Walsh
United States Attorney

J. Benedict García
Assistant United States Attorney
United States Attorney's Office
District of Colorado
J.B.Garcia@usdoj.gov

Robert L. Van Saghi
Special Assistant United States Attorney
Denver, Colorado 80202
303-844-1948
303-844-0770 (facsimile)
robert.vansaghi@ssa.gov

- 1 -

**2.  STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**3.  DATES OF FILING OF RELEVANT PLEADINGS**

  A. Date Complaint Was Filed: 8/27/12

  B. Date Complaint Was Served on U.S. Attorney's Office: 9/6/12

  C. Date Answer and Administrative Record Were Filed: 11/5/12

**4.  STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

To the best of his knowledge, Plaintiff states that the record is complete and accurate.

To the best of his knowledge, Defendant states that the record is complete and accurate.

**5.  STATEMENT REGARDING ADDITIONAL EVIDENCE**

The parties do not anticipate submitting additional evidence.

**6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

The parties state that this case does not raise unusual claims or defenses.

**7. OTHER MATTERS**

The parties state that there are no other matters.

**8. BRIEFING SCHEDULE**

  A. **Plaintiff's Opening Brief Due:** 1/17/13

  B. **Defendant's Reply Brief (If Any) Due:** 2/6/13

  C. **Plaintiff's Reply Brief (If Any) Due:** 2/21/13

## 9. STATEMENTS REGARDING ORAL ARGUMENT

    **A.**    **Plaintiff's Statement:** Plaintiff does not request oral argument.

    **B.**    **Defendant's Statement:** Defendant does not request oral argument.

## 10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE

*Indicate below the parties' consent choice*.

    **A.**    **(   )** All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.

    **B.**    **( X )** All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

## 11. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S</u> <u>CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.*

DATED this 28<u>th</u> day of November 2012.

                                                        BY THE COURT:

                                                        *s/John L. Kane*
                                                        U.S. DISTRICT COURT JUDGE

| | |
|---|---|
| APPROVED: | John F. Walsh<br>United States Attorney |
| s/Patrick C.H. Spencer, II | **By:** s/Robert L. Van Saghi<br>Special Assistant U.S. Attorney |
| Spencer & Spencer<br>830 Tenderfoot Hill Road, Suite 320<br>Colorado Springs, CO 80906<br>Telephone:  719-632-4808<br>Patrick@2spencers.com<br>Attorney for Plaintiff | 1001 17th Street<br>Denver, CO 80202<br>303-844-1948<br>robert.vansaghi@ssa.gov |

Revised:  5/29/2012